JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | | |
|---|---|---|
| ROGER D. GUYTON, | ) | No. CV 10-00577-RGK (VBK) |
| Plaintiff, | ) | JUDGMENT |
| v. | ) | |
| DURANT, et al., | ) | |
| Defendants. | ) | |

Pursuant to the Order of the Court approving the recommendations of the United States Magistrate Judge, and adopting the same as the facts and conclusions of law herein,

**IT IS ADJUDGED** that Judgment be entered dismissing the Complaint and entire action without prejudice.

DATED: May 25, 2010

_____
R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE